COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER WITHDRAWING MEDIATION ORDER

Cause number:      01-15-00987-CV

Style:             Petra Lara v. Hempstead, Texas

Date motion filed: February 3, 2016

Type of Motion:    Objection to Mediation

Party filing motion: Joint Motion


It is **ordered** that the joint objection to mediation is granted.  We withdraw our Mediation Order dated December 18, 2015.

Judge's signature:  /s/ Harvey Brown
                    x Acting individually


Date:  February 8, 2016

---

\*      Absent emergency or a statement that the motion is unopposed, must wait ten days before acting on motion except for motion to extend time to file a brief.  *See* Tex. R. App. P. 10.3(a).

**Note**:  Single justice may grant or deny any request for relief properly sought by motion, except in a civil case a single justice should not: (1) act on a petition for an extraordinary writ or (2) dismiss or otherwise determine an appeal or a motion for rehearing.  Tex. R. App. P. 10.4(a).